■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT G. HAUSER, Appellant. [619 NYS2d 1004] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Burglary, 3rd

Degree.) Present—Balio, J. P., Lawton, Wesley, Callahan and Davis, JJ.